# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1784

_____

Richard Robert Johnson,                    *
                                           *
            Appellant,                     *
                                           *   Appeal from the United States
      v.                                   *   District Court for the
                                           *   District of Minnesota.
Darin Lee Haugland; Dr. Dean A. Lee,       *
                                           *   [UNPUBLISHED]
            Appellee.                      *

_____

Submitted: February 1, 2006
Filed: February 22, 2006

_____

Before MURPHY, HANSEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Minnesota inmate Richard Johnson filed this 42 U.S.C. § 1983 action against a doctor and a physical therapist, alleging they showed deliberate indifference to his serious medical needs in treating his injured left knee. Johnson appeals the district court's[1] adverse grant of summary judgment, and he challenges orders denying his motions to recuse and for a default judgment. Following careful review of the record

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.

and the briefs, we find no grounds for reversal, and we affirm for the reasons stated by the district court.  <u>See</u> 8th Cir. R. 47B.

_____